IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
ex rel. Linda Reed and      )
Jessica Smith,              )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )     2:14cv1060-MHT
                            )
FIRST CHOICE HOSPICE,       )
INC.,                       )
                            )
    Defendant.              )
```

## ORDER

It is ORDERED that a conference call is set for March 2, 2022, at 8:00 a.m. The parties should be prepared to discuss all pending issues.

The clerk of court shall arrange for the conference call.

DONE, this the 4th day of February, 2022.

                                                     /s/ Myron H. Thompson
                                            **UNITED STATES DISTRICT JUDGE**