IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* Linda Reed and Jessica Smith, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No: 2:14-cv-01060-MHT-WC |
| v. ) | |
| ) | |
| FIRST CHOICE HOSPICE, INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR *PRO HAC VICE* ADMISSION OF
## BENJAMIN P. BUCY

**COMES NOW** J. Elliott Walthall, counsel for Plaintiff-Relators Linda Reed and Jessica Smith ("Plaintiff-Relators"), and a member in good standing with the Bar of the United States District Court for the Middle District of Alabama, and, pursuant to Local Rule 83.1(b), moves the court to approve the admission *pro hac vice* of Benjamin P. Bucy of the law firm Frohsin Barger Walthall & Bucy in this action for the purposes of representing Plaintiff-Relators. Mr. Bucy is admitted to practice before the United States District Court for the Northern District of Georgia (admitted 2016) and the United States District Court for the Middle District of Georgia (admitted 2018) as well as the Supreme Court of Georgia (admitted 2016), which is the highest court in the state in which the applicant resides and regularly practices law.  Mr. Bucy is in good standing and eligible to practice in all courts to

1

which he is admitted. A certificate of good standing from the United States District Court for the Middle District of Georgia is hereby attached as Exhibit A.

Respectfully submitted this the 11th day of March, 2022.

/s/ J. Elliott Walthall
J. Elliott Walthall (WAL205)
Attorney for Plaintiff-Relators

**Of Counsel**
James F. Barger, Jr. (BAR148)
jim@frohsinbarger.com
J. Elliott Walthall (WAL205)
elliott@frohsinbarger.com
FROHSIN BARGER &WALTHALL
100 Main Street
St. Simons Island, GA
Tel: 205.933.4006
Fax: 205.933.4008

*Attorneys for Plaintiff-Relators*

2

## Certificate of Service

      I hereby certify that on this, the 11th day of March, 2022, I electronically filed the foregoing using the CM/ECF system, which will send notice of this filing to all counsel of record.

                                          /s/ J. Elliott Walthall
                                          Of Counsel