IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Linda Reed and Jessica Smith, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:14cv1060-MHT (WO) |
| FIRST CHOICE HOSPICE, INC., | ) ) ) | |
| Defendant. | ) | |

### JUDGMENT

Pursuant to the joint stipulation of *pro tanto* dismissal (Doc. 73) and the notice of relators' dismissal of the entire action (Doc. 92), which the court construes as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion (Doc. 92) is granted, and this cause is dismissed in its entirety with prejudice and with the parties each to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE